UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No: 4:18-CV-00097-D

SOUND RIVERS, INC., et al.,

    Plaintiffs,

v.

U.S. FISH AND WILDLIFE SERVICE, et al,,

    Defendants.

**ORDER**

Before the Court is the Federal Defendants' Consent Motion to Substitute Edward T. Parker as Co-Defendant.

Upon reviewing the motion, and finding good cause, the motion is hereby GRANTED.

The Clerk is hereby directed to substitute Edward T. Parker as Co-Defendant in his official capacity, in place of John Sullivan III.

SO ORDERED. This 10 day of April 2019.

JAMES C. DEVER III
United States District Judge