UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No: 4:18-CV-00097-D

| | |
|---|---|
| SOUND RIVERS, INC., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| U.S. FISH AND WILDLIFE SERVICE, ) | |
| et al,, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Before the Court is the Federal Defendants' Motion for a Voluntary Remand or, in the Alternative, for a Stay of Proceedings.

Upon reviewing the motion, and finding good cause, the motion is hereby GRANTED.

This matter is hereby remanded to the Federal Highway Administration ("FWHA") for Endangered Species Act ("ESA") consultation with the U.S. Fish and Wildlife Service.

All pending deadlines are hereby stayed pending completion of ESA consultation.

FHWA shall file a status report four months from the date of this Order.

SO ORDERED. This 10 day of April 2019.

JAMES C. DEVER III
United States District Judge