IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:18-CV-97-D

SOUND RIVERS, INC., CENTER )
FOR BIOLOGICAL DIVERSITY, )
and CLEAN AIR CAROLINA, )
)
          Plaintiffs, )
)
v. )      **ORDER**
)
UNITED STATES FISH AND WILDLIFE )
SERVICE, et al., )
)
          Defendants. )

On April 16, 2019, plaintiffs Sound Rivers, Inc., Center for Biological Diversity, and Clean Air Carolina moved for clarification of this court's April 10, 2019 order [D.E. 52] and filed a memorandum in support [D.E. 53]. On April 25, 2019, the federal defendants responded in opposition [D.E. 54]. On May 6, 2019, plaintiffs replied [D.E. 55]. On May 7, 2019, the state defendants responded in opposition [D.E. 56]. On May 8, 2019, plaintiffs replied [D.E. 57].

Having considered plaintiffs' motion and related papers, plaintiffs' motion [D.E. 52] lacks merit and is DENIED.

SO ORDERED. This 18 day of June 2019.

                                                          JAMES C. DEVER III
                                                          United States District Judge